IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT RANDALL, #1167561 | § § § § | |
| v. | § | CIVIL ACTION NO. G-06-002 |
| | § § § | |
| DOUG DRETKE, DIRECTOR OF TDCJ-CID | § § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on March 3, 2006. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Robert Randall (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 27th day of March, 2006.

_____
Samuel B. Kent
United States District Judge